## SCHOOL DIRECTORS OF DISTRICT No. 2

### v.

## SAMUEL W. WALLACE.

This case is like the preceding.

ERROR to the Circuit Court of St. Clair county; the Hon. W. H. SNYDER, Judge, presiding.   Opinion filed October 6, 1881.

Mr. CHARLES W. THOMAS, for plaintiff in error.

Mr. JAMES M. DILL and Mr. J. N. PERRIN, for defendant in error.

PER CURIAM. The same question arises in this case as in
the case of School Directors v. Wallace, decided at this term,
and the judgment of the circuit court is reversed and cause re-
manded, for the same reason.

Reversed and remanded.